UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STATE OF DELAWARE,
DEPARTMENT
OF NATURAL RESOURCES &
ENVIRONMENTAL CONTROL,

    Plaintiff,

v.

MOUNTAIRE FARMS OF
DELAWARE, INC.,
a Delaware Corporation.

    Defendant.

Civil Action No. _____

## VERIFICATION TO THE COMPLAINT

I, *Virgil R. Holmes* am employed by plaintiff, Delaware Department of Natural Resources and Environmental Control, as an *DIRECTOR*. I am authorized by the plaintiff, Delaware Department of Natural Resources and Environmental Control, to verify this Complaint. I have read the Complaint and believe it to be true and accurate.

[Name] *Virgil R. Holmes*
[Title] *DIRECTOR*

SWORN TO AND SUBSCRIBED before me this *1st* day of June, 2018.

Notary Public



VICTORIA L MOOERS
My Commission Expires
January 8, 2020