UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE <br> DEPARTMENT OF NATURAL <br> RESOURCES & <br> ENVIRONMENTAL CONTROL <br>     Plaintiff, <br><br> v. <br><br> MOUNTAIRE FARMS OF <br> DELAWARE, INC., <br> a Delaware Corporation, <br>     Defendant. | ) <br> ) <br> )   Case No.: 1:18-cv-00838-VAC-CJB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the attached Motion to Intervene will be presented at the Convenience of the Court.

**BAIRD MANDALAS BROCKSTEDT, LLC**

/s/*Chase T. Brockstedt*
Chase T. Brockstedt, Esq. (DE #3815)
Stephen A. Spence, Esq. (DE #5392)
1413 Savannah Road, Suite 1
Lewes, Delaware 19958
(302) 645-2262
Attorneys for Gary and Anna-Marie Cuppels and those similarly situated
chase@bmbde.com