IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 18-838 (MN)<br>) |
| MOUNTAIRE FARMS OF DELAWARE, INC., | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

At Wilmington this 25th day of March 2019:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that the motion to intervene (D.I. 4) is GRANTED. The Court expects that the parties will notify the court in *DNREC v. Mountaire Farms of Delaware, Inc.*, No. S18M-06-002 (Del. Super. Ct.), of this Order and the accompanying Memorandum Opinion.

The Honorable Maryellen Noreika
United States District Judge