

**Jacobs&
Crumplar, PA.**
Attorneys at Law
www.jcdelaw.com

750 Shipyard Drive, Ste. 200
Wilmington, DE 19801
(302) 656-5445

28412 DuPont Blvd, Ste.104
Millsboro, DE 19966
(302) 934-1234

December 17, 2019

*Via CM/ECF*

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

*RE:  State of Delaware, Department of Natural Resources & Environmental Control v. Mountaire Farms of Delaware, Inc. C.A. No. 18-838-MN*

Dear Judge Noreika,

    I write on behalf of Joan and Joseph Balback and 45 similar situated individuals (together, the "Proposed Intervenors") who have sought to intervene in the above referenced action by Motion originally dated May 31, 2019.

    Proposed Intervenors wish to advise the Court herewith that they have no objection to the entry of the Agreement and [Proposed] Consent Decree lodged with the Court on December 16, 2019.

    Respectfully submitted,

*Thomas C. Crumplar*
Thomas C. Crumplar
Bar I.D. # 942

TCC/rk