IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL, | ) ) ) ) |
| Plaintiff, | ) ) |
| GARY and ANNA-MARIE CUPPELS, et al. | ) ) |
| Intervenor Plaintiffs, | ) C.A. No. 18-838 (MN) ) |
| v. | ) ) |
| MOUNTAIRE FARMS OF DELAWARE, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER

**UPON CONSIDERATION** of the Intervenor Plaintiffs' Motion to Lift Stay (D.I. 62), the parties' December 16, 2019 Fifth Joint Status Report (D.I. 64), and Defendant's and the State of Delaware Department of Natural Resources and Environmental Control's Agreement and [Proposed] Consent Decree (D.I. 63) ("the Agreement and [Proposed] Consent Decree"),

**IT IS HEREBY ORDERED** this 17th day of December 2019, that Intervenor Plaintiffs' Motion to Lift Stay (D.I. 62) is DENIED. This case will remain stayed until April 1, 2020 pending publication of the Agreement and [Proposed] Consent Decree in the Delaware Register on February 1, 2020 for notice and comment,

**IT IS FURTHER ORDERED** that the Intervenor Plaintiffs shall have until January 17, 2020 to file a letter of no more than ten (10) pages stating any objections to the Agreement and [Proposed] Consent Decree and, after that filing, all parties shall meet and confer in person by January 24, 2020 regarding any such objections and make a good faith effort to resolve them,

**IT IS FINALLY ORDERED** that on or before January 31, 2020, the parties shall file a joint status report including:

1. the name of each individual who participated in the meet and confer(s);

2. how long the meet and confer(s) lasted; and

3. the status of all of the objections outlined in the Intervenor Plaintiffs' letter.

*/s/ Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge